**Order filed July 7, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00409-CV

———————

### JOSE ALBERTO GODINEZ, INDIVIDUALLY, AND GREGORIA CERVANTES-GODINEZ, INDIVIDUALLY AND EMILY BOHLS AS THE TERMPORARY ADMINSTRATOR OF THE ESTATE OF MONICA ELIZABETH GODINEZ CERVANTES, DECEASED, Appellants

### V.

### TIMOTHY M. HODGES, M.D., AND THE SURGICAL GROUP OF THE WOODLANDS, Appellees

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2020-02707**

# O R D E R

The notice of appeal in this case was filed May 12, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by

statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within **ten (10) days** of the date of this order. If appellants fail to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.